HALL *v.* STATE OF INDIANA.

[No. 1069S236. Filed December 23, 1970. No petition for rehearing filed.]

*Frank E. Spencer,* of Indianapolis, for appellant.

*Theodore L. Sendak,* Attorney General, *J. Frank Hanley,* Deputy Attorney General, for appellee.

GIVAN, J.—This is a companion case to *Joseph C. Turner* v. *State of Indiana,* No. 1069 S 234, decided this day by this Court. The appellants were co-defendants in the court below. The facts and law stated in the Turner case are equally applicable to this case.

Judgment of the trial court is, therefore, affirmed.

Hunter, C.J., and Arterburn, J., concur; Jackson, J., dissents with opinion in which DeBruler, J., concurs.

DISSENTING OPINION

JACKSON, J.—This is a companion case of *Turner* v. *State,* No. 1069S234. The questions that arise on this appeal are identical in nature and are predicated upon the same factual situation as recited in the above case.

On the authority of my dissent in *Turner* v. *State, supra,* and for the reasons stated therein, the judgment of the trial court in this case should be reversed with instructions to grant appellant's motion for new trial.

DeBruler, J., concurs.

NOTE.—Reported in 265 N. E. 2d 16.